NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-587

STATE OF LOUISIANA

VERSUS

GARY GENTRY

**********

APPEAL FROM THE
THIRTY-FIFTH JUDICIAL DISTRICT COURT
PARISH OF GRANT, NO. 04-043
HONORABLE ALLEN A. KRAKE, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

AFFIRMED.

James Patrick Lemoine
D.A., 35th JDC
P. O. Box 309
Colfax, LA 71417-0000
Counsel for Appellee:
    State of Louisiana

**William Jarred Franklin**
**LA Appellate Project**
**3001 Old Minden Road**
**Bossier City, LA 71112**
**Counsel for Defendant/Appellant:**
        **Gary Gentry**